LEWIS LINEBAUGH, ADMINISTRATOR, APPELLANT, V. UNION PACIFIC RAILROAD COMPANY ET AL., APPELLEES.

FILED JANUARY 8, 1930. No. 26976.

Slama & Donato, E. S. Schiefelbein and A. J. Rhodes, for appellant.

C. A. Magaw, Thomas W. Bockes, J. H. Barry and Thomas F. Hamer, contra.

Heard before GOSS, C. J., GOOD, THOMPSON, EBERLY and DAY, JJ., and FOSTER and SHEPHERD, District Judges.

PER CURIAM.

This action is brought by plaintiff, as administrator of the estate of Orval R. Wagner, deceased, the driver of a truck, who was struck by an oil train operated by defendant company. At the conclusion of plaintiff's evidence, the district court for Saunders county sustained defendants' motion for a directed verdict. Plaintiff appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.